IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHOSHANNAH HENRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 23-478-MN |
| DELAWARE STATE UNIVERSITY, | ) | |
| TONY ALLEN, AL DORSETT, and | ) | |
| ANTONIO BOYLE. | ) | |
| | | |
| Defendants. | | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY stipulated and agreed, by and among Plaintiff Shoshannah Henry ("Plaintiff") and Defendants Delaware State University, Tony Allen, Al Dorsett, and Antonio Boyle ("Defendants") (collectively, the "Parties"), that all claims in the above-captioned matter are and shall be dismissed with prejudice, with each party bearing the party's own costs and fees.

**SAUL EWING LLP**

/s/ Shoshannah Henry
Shoshannah Henry
5546 Orb Court
Lathonia, GA 30058
Shoshannah.henry@live.com

*Plaintiff*

/s/James D. Taylor, Jr
James D. Taylor, Jr. (#4009)
Marisa R. De Feo (#6778)
1201 N. Market Street, Suite 2300
Wilmington, DE 19899
(302) 421-6800
james.taylor@saul.com
marisa.defeo@saul.com

*Attorneys for Defendants*

IT IS SO ORDERED this ____ day of July, 2024

_____
UNITED STATES DISTRICT JUDGE

52580059.1