IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHOSHANNAH HENRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 23-478-MN |
| DELAWARE STATE UNIVERSITY, | ) |
| TONY ALLEN, AL DORSETT, and | ) |
| ANTONIO BOYLE. | ) |
| | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY stipulated and agreed, by and among Plaintiff Shoshannah Henry ("Plaintiff") and Defendants Delaware State University, Tony Allen, Al Dorsett, and Antonio Boyle ("Defendants") (collectively, the "Parties"), that all claims in the above-captioned matter are and shall be dismissed with prejudice, with each party bearing the party's own costs and fees.

|  |  |
|---|---|
|  | **SAUL EWING LLP** |
| /s/ *Shoshannah Henry* | /s/*James D. Taylor, Jr* |
| Shoshannah Henry | James D. Taylor, Jr. (#4009) |
| 5546 Orb Court | Marisa R. De Feo (#6778) |
| Lathonia, GA 30058 | 1201 N. Market Street, Suite 2300 |
| Shoshannah.henry@live.com | Wilmington, DE  19899 |
|  | (302) 421-6800 |
|  | james.taylor@saul.com |
|  | marisa.defeo@saul.com |
| *Plaintiff* |  |
|  | *Attorneys for Defendants* |

IT IS SO ORDERED this 3rd day of July, 2024

_____
The Honorable Maryellen Noreika
United States District Judge